# UNITED STATES DISTRICT COURT
## District of Minnesota

Maudiel de Jesu Davila Davila,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1808 SHL/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in [10] Federal Respondents' Status Report, the Clerk of Court is directed to enter judgment in favor of Petitioner and close the case.

Date: 4/15/2026

KATE M. FOGARTY, CLERK